**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| FM Holding Company LLC, et al., | No. CV-24-00337-PHX-JAT |
| Plaintiffs, | **ORDER** |
| v. | |
| Pekin Insurance Company, | |
| Defendant. | |

Pending before the Court is the Parties' Joint Stipulation to Extend Deadline for Rule 26 Initial Disclosures. (Doc. 28). The Court has determined there is good cause for extending the initial disclosures deadline for one additional week so counsel can tend to her mother.

Accordingly,

**IT IS ORDERED** that the deadline for the parties to submit Rule 26 Initial Disclosures is now May 3, 2024. This Order does not change the Rule 16 Scheduling Order, (Doc. 26), in any other respect.

Dated this 26th day of April, 2024.

James A. Teilborg
Senior United States District Judge